**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
DIMAS MAZON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      v.<br><br>DIMAS MAZON,<br><br>           Defendant. | Case No.: 1:13-CR-00047-LJO<br><br>STIPULATION AND ORDER: Trial Date remains until Change of Plea is taken<br><br>Date: September 30, 2014<br>Time: 8:30 a.m.<br>Hon. Lawrence J. O'Neill |

TO:   **THE HONORABLE JUDGE LAWRENCE J. O'NEILL, AND TO UNITED STATES ATTORNEY BENJAMIN WAGNER AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY KEVIN P. ROONEY:**

Plaintiff, United States of America, by and through its counsel of record, and Defendant, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Jury Trial on September 30, 2014, at 8:30 a.m.

2. By this stipulation, defendant now moves for a Change of Plea hearing on September 22, 2014, at 8:30 a.m. Plaintiff does not oppose this request.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government and the Defendant have scheduled a meeting for September 15, 2014, to finalize the plea agreement.

   b. The government does not object to the change of plea hearing date.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:      September 8, 2014     By:   /s/Kevin P. Rooney
                                        KEVIN P. ROONEY
                                        Assistant United States Attorney


DATED:      September 8, 2014     By:   /s/Anthony P. Capozzi
                                        ANTHONY P. CAPOZZI
                                        Attorney for Defendant DIMAS MAZON



### ORDER


     The Jury Trial currently scheduled for September 30, 2014, at 8:30 a.m. will remain

on calendar until the Change of Plea is taken.  The hearing for the change of plea is set for

September 22, 2014, at 8:30 a.m., but can be heard earlier if counsel wishes.



IT IS SO ORDERED.

     Dated:   **September 13, 2014**          **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE