**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
DIMAS MAZON

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>DIMAS MAZON,<br><br>         Defendant. | Case No.: 1:13-CR-00047-1 LJO<br><br>**STIPULATION AND ORDER TO ADVANCE SENTENCING HEARING**<br><br>Date: **December 8, 2014**<br>Time: **8:30 a.m.**<br>Courtroom: **4**<br>Hon. Lawrence J. O'Neill |

TO:   THE HONORABLE JUDGE LAWRENCE J. O'NEILL, AND TO UNITED STATES ATTORNEY BENJAMIN WAGNER AND HIS REPRESENTATIVE, ASSISTANT UNITED STATES ATTORNEY KEVIN P. ROONEY:

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the sentencing hearing in the above captioned matter now set for Monday, December 8, 2014, at 8:30 a.m. be advanced to **Monday, December 1, 2014, at 8:30 a.m.** This request is made by both counsel with the intention of conserving time and resources for both parties and the court.

///

///

///

///

///

IT IS SO STIPULATED.

                                              Respectfully submitted,

DATED:    November 26, 2014    By:    */s/ Anthony P. Capozzi*
                                                 ANTHONY P. CAPOZZI
                                                 Attorney for Defendant DIMAS MAZON

DATED:    November 26, 2014    By:    */s/ Kevin P. Rooney*
                                                 KEVIN P. ROONEY
                                                 Assistant United States Attorney

## ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date of the sentencing hearing of the defendant in the above-entitled case be advanced from Monday, December 8, 2014, at 8:30 a.m. to Monday, December 1, 2014, at 8:30 a.m.

IT IS SO ORDERED.

    Dated:   **November 26, 2014**            **/s/ Lawrence J. O'Neill**
                                                       UNITED STATES DISTRICT JUDGE