# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff-Respondent,<br><br>   v.<br><br>DIMAS MAZON,<br><br>   Defendant-Petitioner. | CASE NO. 1:13-CR-00047-LJO-SKO<br><br>ORDER REFERRING CASE TO FEDERAL DEFENDER'S OFFICE<br><br>ECF No. 82 |

On February 6, 2017, Defendant-Petitioner Dimas Mazon ("Defendant") filed a *pro se* motion to reduce his sentence pursuant to Title 18, United States Code, Section 3582(c)(2) ("§ 3582") and Amendment 782. ECF No. 82.  Pursuant to Eastern District of California General Order 546, the Court now appoints the Federal Defender's Office ("FDO") to represent Defendant this matter. From the filing date of this order, the FDO **SHALL** have **30 days** to notify the Court whether it intends to file a supplement to Defendant's § 3582 motion, or, whether it does not intend to file a supplement.  The Clerk of Court is **DIRECTED to add the FDO's Panel Administrator, Connie Garcia (Connie_Garcia@fd.org), to the service list** prior to docketing of this Order.
IT IS SO ORDERED.

Dated:   **February 8, 2017**          /s/ Lawrence J. O'Neill  
                                          UNITED STATES CHIEF DISTRICT JUDGE